Certificate Number: 05781-CAS-DE-041310852

Bankruptcy Case Number: 26-02708

05781-CAS-DE-041310852

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2026, at 7:45 o'clock PM PDT, Martha Hernandez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of California.

Date: August 10, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President